```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 33887
    CAROLYN HARDAWAY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0697

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/25/2005 and was confirmed 10/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was dismissed after confirmation 12/03/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
AVON MORTON GROVE          UNSECURED        NOT FILED         .00          .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED         .00          .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED         .00          .00
T-MOBILE BANKRUPTCY        UNSECURED         1243.23          .00       161.62
SUPERIOR ASSET MANAGEMEN   NOTICE ONLY      NOT FILED         .00          .00
RJM AQUISITIONS FUNDING    UNSECURED           26.27          .00         3.42
PORTFOLIO RECOVERY ASSOC   UNSECURED          185.79          .00        24.15
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     194.00           .00       194.00
AARON'S FURNITURE          SECURED NOT I       .00            .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                  1,849.53
TOM VAUGHN                 TRUSTEE                                      137.28
DEBTOR REFUND              REFUND                                          .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,370.00

PRIORITY                                       194.00
SECURED                                           .00
UNSECURED                                      189.19
ADMINISTRATIVE                               1,849.53
TRUSTEE COMPENSATION                           137.28
DEBTOR REFUND                                     .00
                    ---------------        ---------------
TOTALS               2,370.00                2,370.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 33887 CAROLYN HARDAWAY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE